```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PILGRIM CATHEDRAL OF HARLEM INC.,                                  :
:
                        Plaintiff,                                :
:      24-cv-8804 (LJL)
      -v-                                                           :
:      ORDER
HARLEYSVILLE WORCESTER INSURANCE                                   :
COMPANY,                                                           :
:
                        Defendant.                              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By March 10, 2025, the parties shall inform the Court whether they agree to be referred either to Magistrate Judge Gabriel W. Gorenstein for the purpose of settlement or to the district's mediation program.

      No later than March 14, 2025, Defendant may make a motion in connection with its contention that the matter should be decided by an umpire. Plaintiff's response to Defendant's motion is due fourteen days after the motion is filed. Defendant will thereafter have seven days to file a reply in support of its motion.

      SO ORDERED.

Dated: March 6, 2025
       New York, New York
                                                                LEWIS J. LIMAN
                                                                 United States District Judge